**Lou Ann VARGAS, Plaintiff–Appellant,**

v.

**NEW YORK LIFE INSURANCE COMPANY, et al., Defendants–Appellees.**

No. 04–16282.

United States Court of Appeals, Ninth Circuit.

Argued and submitted May 16, 2006.

Filed June 7, 2006.

Before: RYMER and WARDLAW, Circuit Judges, and SELNA,* District Judge.

MEMORANDUM **

We AFFIRM for the reasons stated by the district court.

**AFFIRMED.**

* The Honorable James V. Selna, United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.